UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:06-cr-75-FtM-29SPC

ROBERT EARL ROYCE

_____

REVOCATION OF SUPERVISED RELEASE
AND JUDGMENT AND COMMITMENT

On August 7, 2006, the defendant, Robert Earl Royce, with counsel Martin DerOvanesian, and Assistant United States Attorney Yolande Viacava appeared before the Court.

Robert Earl Royce was sentenced on September 20, 2005, in the Northern District of Florida by the Honorable M. Casey Rodgers for the offense of Conspiracy to Defraud the United States by Submitting False Claims and Making False Claims, and received a sentence imposing 12 months' incarceration to run concurrent with 8 months' incarceration to in the Federal Bureau of Prisons as to each count to be served concurrently, followed by a period of home detention of four months.

After hearing from counsel, the defendant and probation, the Court finds that the defendant has violated the terms of the Supervised Release for the reasons stated in the Petition and on the record.

It is, therefore, **ORDERED AND ADJUDGED:**

The Petition (Doc. #2) is **GRANTED.**

1. Supervised Release is **REVOKED** and the defendant **Robert Earl Royce** is hereby committed to the custody of the Bureau of Prisons or its authorized representative for **IMPRISONMENT** for a period of **24 months**, or until the defendant is otherwise discharged as provided by law.

2. The Court recommends drug counseling and treatment during the term of incarceration.

3. Supervised Release is not reimposed.

4. The defendant is **REMANDED** to the custody of the United States Marshal Service to await designation of sentence.

It is further **ORDERED** that the Clerk deliver a certified copy of this Revocation of Supervised Release and Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

**DONE** and **ORDERED** at Fort Myers, Florida this ___ day of August, 2006

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record
U.S. Marshal
Probation